| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Waypoint Roofing & Construction Inc** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-3998333** |
| 4. | Debtor's address | **Principal place of business**<br><br>**212 Hardee Ln**<br>**Suite 101**<br>**Rockledge, FL 32955**<br>Number, Street, City, State & ZIP Code<br><br>**Brevard**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.waypointroofing.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Waypoint Roofing & Construction Inc**  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **2361**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Waypoint Roofing & Construction Inc** _____ Case number (*if known*) _____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?** *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds** . *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ■ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ☐ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Debtor  **Waypoint Roofing & Construction Inc**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Waypoint Roofing & Construction Inc**                        Case number (*if known*) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 14, 2025**
　　　　　　　MM / DD / YYYY

X  **/s/ Michael B. Cogdill**                              **Michael B. Cogdill**
　　Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Michael Faro**                                  Date  **February 14, 2025**
　　Signature of attorney for debtor                              MM / DD / YYYY

**Michael Faro 758981**
Printed name

**Faro & Crowder**
Firm name

**700 N Wickham Road**
**Suite 205**
**Melbourne, FL 32935**
Number, Street, City, State & ZIP Code

Contact phone  **321-784-8158**      Email address  **ahinkley@farolaw.com**

**758981 FL**
Bar number and State

## WAYPOINT ROOFING & CONSTRUCTION INC

## CORPORATE RESOLUTION

      Shareholders Michael B. Cogdill and April L. Elrod, together holding at least 55% of the outstanding shares of Waypoint Roofing & Construction, Inc. (hereinafter "Waypoint") convened on February 12, 2025 and voted in favor of filing for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code, and retaining Michael Faro and the law firm of Faro & Crowder, PA to represent Waypoint. It is therefore **RESOLVED**:

1. Waypoint shall retain the law office of Faro & Crowder, PA, and attorney Michael Faro, to seek bankruptcy protection for Waypoint under Chapter 11, Subchapter V.

2. Michael B. Cogdill is authorized to sign, in his capacity as president of Waypoint, any and all documents necessary to retain the law office of Faro & Crowder, PA.

3. Michael B. Cogdill is authorized to sign, in his capacity as president of Waypoint, any and all documents necessary to petition for relief under the Bankruptcy Code, including any and all documents required in the bankruptcy process.

4. Michael B. Cogdill is authorized to bind Waypoint to pay for any attorneys' fees and/or costs incurred in obtaining bankruptcy relief.

This Resolution memorializes the vote that took place on February 12, 2025.

February 14, 2025

                                                         Waypoint Roofing & Contracting Inc

                                                         By: *Michael Cogdill*
                                                         Michael B. Cogdill, President

Fill in this information to identify the case:

Debtor name: **Waypoint Roofing & Construction Inc**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply Co Inc PO Box 742067 Atlanta, GA 30374-2067 | | Materialman lien on customers' properties | | $217,131.35 | $0.00 | Unknown |
| Antonio Hernandez-Tablas 260 Barton Blvd Apt. 207 Rockledge, FL 32955 | | | Disputed Subject to Setoff | | | $0.00 |
| Brevard Solid Waste Mgmt Dpt 2725 Judge Fran Jamieson Way Melbourne, FL 32940 | | | | | | $2,148.16 |
| Chase Bank P.O. Box 75153 Wilmington, DE 19886 | | | | | | $21,274.03 |
| International Fasteners, Inc 1341 Massaro Blvd Tampa, FL 33619 | | | | | | $5,848.00 |
| Keystone Aluminum LLC 688 Osage Ave Melbourne, FL 32935 | | | | | | $150.00 |
| KT Enterprises of CFL, LLC 2015 Canopy Dr Melbourne, FL 32935 | | Verbal settlement with Creditor/Kerry Ottaviani | | | | $28,000.00 |

Debtor **Waypoint Roofing & Construction Inc**   Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Precision Fastener & Comp 4401 112 Ter N Clearwater, FL 33762 | | | | | | $9,936.00 |
| RAS Systems, LLC 1135 Dividend Ct Peachtree City, GA 30269 | | | | | | $8,984.09 |
| Rstromer Consulting LLC 490 Sail Lane #505 Merritt Island, FL 32953 | | | | | | $2,050.00 |
| Sheffield Metals Cleveland PO Box 74459 Cleveland, OH 44194-0002 | | | | | | Unknown |
| Suncoast Roofers Supply 2701 W Nasa Blvd Melbourne, FL 32904-2248 | | | | | | $11,292.95 |
| Sunniland Rockledge 165 Gus Hipp Blvd Rockledge, FL 32955 | | | | | | $1,392.06 |
| TD Auto Finance PO Box 100295 Columbia, SC 29202-3295 | | | | Unknown | $0.00 | Unknown |
| Unicarriers Capital De Lage Landen Financial Svc PO Box 825736 Philadelphia, PA 19182-5736 | | | | | | $0.00 |
| United Rentals (N America) PO Box 100711 Atlanta, GA 30384-0711 | | | | | | $6,497.13 |

Waypoint Roofing & Construction Inc
212 Hardee Ln
Suite 101
Rockledge, FL 32955

Precision Fastener & Comp
4401 112 Ter N
Clearwater, FL 33762

Michael Faro
Faro & Crowder
700 N Wickham Road
Suite 205
Melbourne, FL 32935

RAS Systems, LLC
1135 Dividend Ct
Peachtree City, GA 30269

ABC Supply Co Inc
PO Box 742067
Atlanta, GA 30374-2067

Rstromer Consulting LLC
490 Sail Lane
#505
Merritt Island, FL 32953

Antonio Hernandez-Tablas
260 Barton Blvd
Apt. 207
Rockledge, FL 32955

Sheffield Metals Cleveland
PO Box 74459
Cleveland, OH 44194-0002

Brevard Solid Waste Mgmt Dpt
2725 Judge Fran Jamieson Way
Melbourne, FL 32940

Suncoast Roofers Supply
2701 W Nasa Blvd
Melbourne, FL 32904-2248

Chase Bank
P.O. Box 75153
Wilmington, DE 19886

Sunniland Rockledge
165 Gus Hipp Blvd
Rockledge, FL 32955

International Fasteners, Inc
1341 Massaro Blvd
Tampa, FL 33619

TD Auto Finance
PO Box 100295
Columbia, SC 29202-3295

Keystone Aluminum LLC
688 Osage Ave
Melbourne, FL 32935

Unicarriers Capital
De Lage Landen Financial Svc
PO Box 825736
Philadelphia, PA 19182-5736

KT Enterprises of CFL, LLC
2015 Canopy Dr
Melbourne, FL 32935

United Rentals (N America)
PO Box 100711
Atlanta, GA 30384-0711